B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Derosa, Dennis M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Derosa, Brenda J** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Brenda J McCumber Derosa** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4595** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0901** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1425 Niess Ct**<br>**Glendale Heights, IL**<br>ZIP Code **60139** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1425 Niess Ct**<br>**Glendale Heights, IL**<br>ZIP Code **60139** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Derosa, Dennis M**<br>**Derosa, Brenda J** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ David H. Cutler</b>          <b>March 28, 2011</b><br>  Signature of Attorney for Debtor(s)      (Date)<br>  <b>David H. Cutler</b></td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Derosa, Dennis M** |
| | **Derosa, Brenda J** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dennis M Derosa**
_____
Signature of Debtor  **Dennis M Derosa**

X **/s/ Brenda J Derosa**
_____
Signature of Joint Debtor **Brenda J Derosa**

_____
Telephone Number (If not represented by attorney)

**March 28, 2011**
_____
Date

### Signature of Attorney*

X **/s/ David H. Cutler**
_____
Signature of Attorney for Debtor(s)

**David H. Cutler**
_____
Printed Name of Attorney for Debtor(s)

**Cutler & Associates, Ltd.**
_____
Firm Name

**8430 Gross Point Rd. #201**
**Skokie, IL 60077**

_____
Address

**Email: davidhcutler@gmail.com**
**847-673-8600  Fax: 847-673-8636**
_____
Telephone Number

**March 28, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dennis M Derosa**
       **Brenda J Derosa**                       Case No. _____
                          Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Dennis M Derosa**
                             **Dennis M Derosa**

Date:    **March 28, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Dennis M Derosa**
     **Brenda J Derosa**

                                 Debtor(s)

Case No. _____

Chapter      **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                  Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Brenda J Derosa**
                                **Brenda J Derosa**

Date:   **March 28, 2011**

ACC International ACC BLDG
919 Estes Court
Schaumburg, IL 60193-4427

Accounts Receivable Management, Inc
P.O. Box 129
Thorofare, NJ 08086-0129

Accounts Receivable Management, Inc (Tar
PO Box 129
Thorofare, NJ 08086-0129

Action Card at Card Services
PO Box 99
Newark, NJ 07101-0099

Allied Interstate, Inc(HSBC/Orchard Bank
PO Box 361774
Columbus, OH 43236

ARS National Services, Inc(Credit One Ba
P.O. Box 463023
Escondido, CA 92046-3023

Asset Recovery Solutions, LLC (HSBC Bank
2200 E Devon Ave Ste 200
Des Plaines, IL 60018-4501

Associated Pathology Consultants
PO Box 3680
Peoria, IL 61612-3680

ATG Credit,LLC
PO Box 14895
Chicago, IL 60614-4895

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Blatt, Hasenmiller, Leibsker, & Moore LL
125 S Wacker Drive Ste 400
Chicago, IL 60606

Blatt, Hasenmiller, Leibsker, & Moore LL
125 S Wacker Drive Ste 400
Chicago, IL 60606


Blitt and Gaines, P.C.(Applied Bank)
661 Glenn Ave
Wheeling, IL 60090


Capital One Bank
PO Box 5294
Carol Stream, IL 60197-5294


Card Works Servicing, LLC(Providian)
225 W Station Square Dr
Pittsburgh, PA 15219


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1222


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1295


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1222


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1222


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1222


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1222


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1222

Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190-1295


Central Dupage Physician Group
PO Box 479
Winfield, IL 60190-0479


Central Dupage Physician Group
PO Box 479
Winfield, IL 60190-0479


Central Dupage Physician Group
PO Box 479
Winfield, IL 60190-0479


Central Dupage Physician Group
PO Box 479
Winfield, IL 60190


Central Dupage Physician Group
PO Box 479
Winfield, IL 60606


Client Services, Inc (Target)
3451 Harry Truman Blvd
St Charles, MO 63301-4057


Computer Credit, Inc ( Elmhurst Healthca
640 West Fourth Street
Winston-Salem, NC 27113-5238


Computer Credit, Inc ( Elmhurst Memorial
640 West Fourth Street
Winston-Salem, NC 27113-5238


Computer Credit, Inc(Elmhurst Memorial H
640 West Fourth Street
Winston -Salem, NC 27113-5238


Creditors Financial Group, LLC(Bank of A
P.O. Box 440290
Aurora, CO 80044-0290

DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


Dupage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


Elmhurst Emergency Medical Services
PO Box 366
Hinsdale, IL 60522


Elmhurst Radiologists
PO Box 1035
Bedford Park, IL 60499-1035


Enhanced Recovery Corp(HSBC Bank)
8014 BayBerry Road
Jacksonville, FL 32256-7412


Fashion Bug
PO Box 84073
Columbus, GA 31908-4073


First Care Ambulance
1941 Selmarten Road
Aurora, IL 60505


FMS Inc(Lowes)
P.O. Box 707600
Tulsa, OK 74170-7600


Frank S Falzone & Associates(HSBC)
5140 Main Street Ste 303-324
Williamsville, NY 14221


Freedman, Anselmo, Lindberg, & Rappe LLC
PO Box 3228
Naperville, IL 60566-7228


GC Services Limited Partnership (Capital
6330 Gulfton
Houston, TX 77081

H&R Accounts(Central Dupage Hospital)
7017 John Deere Parkway
Moline, IL 61266-0672


H&R Accounts(Central Dupage Hospital)
7017 John Deere Parkway
Moline, IL 61266-0672


H&R Accounts(Central Dupage Hospital)
7017 John Deere Parkway
Moline, IL 61265


H&R Accounts(Central Dupage Hospital)
7017 John Deere Parkway
Moline, IL 61265


H&R Accounts(Central Dupage Hospital)
7017 John Deere Parkway
Moline, IL 61266-0672


H&R Accounts(Central Dupage Hospital)
7017 John Deere Parkway
Moline, IL 61266-0672


Home Depot Credit Services(Citibank)
PO Box 653000
Dallas, TX 75265-3000


HSBC Card Services(Orchard Bank)
PO Box 81622
Salinas, CA 93912-1622


LTD Financial Services, LP(Citibank)
7322 Southwest Freeway
Houston, TX 77074


Mechants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606


Mechants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606

Mechants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606


Mechants Credit Guide Co(Central Dupage
223 W Jackson Blvd
Chicago, IL 60606


Medical Business Bureau, LLC(Central Dup
1175 Devin Dr Ste 173
Norton Shores, MI 49441


Merchants Credit Guide Co(Central Dupage
223 W Jackson Blvd
Chicago, IL 60606


Merchants Credit Guide Co(Central Dupage
223 W Jackson Blvd
Chicago, IL 60606


Midland Credit Management (JC Penney)
PO Box 60578
Los Angeles, CA 90060-0578


Midland Credit Management, Inc (Capital
PO Box 60578
Los Angeles, CA 90060-0578


Midwest Heart Specialist
1919 S Highland Ste 118C
Lombard, IL 60148


Midwest Heart Specialist
1901 South Meyers Rd Ste 350
Oakbrook Terrace, IL 60181-5207


Mira Med Revenue Group(Elmhurst Memorial
Dept 77304 PO Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group(Dupage Medical Gro
Dept 77304 PO Box 77000
Detroit, MI 48277-0308

MiraMed Revenue Group(Elmhurst Clinic)
Dept 77304 PO Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group(Elmhust Memorial H
Dept 77304 PO Box 77000
Detroit, MI 48277-0304


Pentagroup Financial, LLC (Capital One B
5959 Corporate Drive Ste 1400
Houston, TX 77036


PFG of Minnesota (First Premier Bank)
7825 Washington Ave Ste 310
Minneapolis, MN 55439-2409


Redline Recovery(HSBC/Orchard Bank)
11675 Rainwater Dr Ste 350
Alpharetta, GA 30009-8693


Riexinger & Associates, LLC (Credit One
P.O. Box 956188
Duluth, GA 30095-9504


RJM Acquisitions LLC (HSBC Card Services
575 Underhill Blvd Suite 224
Syosset, NY 11791-3416


Ronald Freeman, DDS
3800 Highland Ave Ste 109
Downers Grove, IL 60515


Santander Consumer USA: Att Bankruptcy D
PO Box 560284
Dallas, TX 75356-0284


Sentry Creditor, Inc( Chase Bank/WAMU)
PO Box 12070
Everett, WA 98206-2070


Springleaf Financial Services
373 Gary Ave
Carol Stream, IL 60188-1821

State Collection Service, Inc
628 North Street
Geneva, IL 60134-1356


Suburban Lung Associates
PO Box 2776
Carol Stream, IL 60132-0001


The Shindler Law Firm
1990 E Algonquin Rd
Schaumburg, IL 60173


The Shindler Law Firm(HSBC/Orchard
1990 E Algonquin Rd
Schaumburg, IL 60173


Transworld Systems(Oberweis Dairy)
1375 E Woodfield Road
Schaumburg, IL 60173


Winfield Radiology Consultants
6910 S Madison St
Willow Brook, IL 60527


Winfield Radiology Consultants
6910 S Madison St
Willow Brook, IL 60527


World Financial Network National Bank
PO Box 182124
Columbus, OH 43218-2125